[No. 19368-3-III.  Division Three.  June 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HAROLD ADKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 99-1-00079-1, E. Thompson Reynolds, J., entered June 5, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 19791-3-III.  Division Three.  June 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL R. THRASHER, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 00-1-00335-9, Ted W. Small, J., entered November 29, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[No. 20061-2-III.  Division Three.  June 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN VINCENT MITCHELL, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 00-1-02153-0, C. James Lust, J., entered March 14, 2001. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kurtz, JJ.

[No. 20230-5-III.  Division Three.  June 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. GREGORY ALLEN ZERR, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 99-1-02019-2, E. Thompson Reynolds, J., entered May 2, 2001. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.